## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

SOLER v. COUNTY OF SAN DIEGO      Case No.: 14cv2470-MMA(RBB)
Time Spent:

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE     Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| | |

PROCEEDINGS: ☐ In Chambers     ☐ In Court     ☐ Telephonic

In view of the need for an amended scheduling order in this matter, each party shall file a case management proposal setting forth the party's proposed schedule for the remainder of the case. The case management proposals should address all items required to be included in the amended scheduling order. Additionally, Plaintiff and Defendants Wilkins and Hobbs should address the status of the case pending against Wilkins and Hobbs in the Eastern District of Arkansas, including any dates and deadlines currently set in that matter.

The case management proposals should be filed by no later than December 13, 2019.

DATE: December 6, 2019     IT IS SO ORDERED: *Ruben Brooks*
Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Anello
    All Parties of Record