**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES SOLER, | CASE NO. 3:14-cv-02470-MMA-RBB |
| Plaintiff, | |
| v. | **ORDER GRANTING UNOPPOSED REQUEST TO PERMIT TELEPHONIC APPEARANCE [ECF NO. 215]** |
| COUNTY OF SAN DIEGO; CPL ROBERT GERMAINE; JAVIER MEDINA; DET. MARK MILTON; DET. KEN SMITH; SGT. RICK TURVEY; ERNESTO BAUNELOS; LISA WILKINS; RAY HOBBS; SAN DIEGO COUNTY SHERIFF'S DEPARTMENT; SAN DIEGO COUNTY OFFICE OF THE PUBLIC DEFENDER; SALVATORE TARANTINO; and DOES 1-5, 7-25, AND 28-35, | Filed: 10/16/2014<br>Judge: Hon. Michael M. Anello<br>Magistrate: Hon. Ruben B. Brooks |
| Defendants. | |

Defendants Wilkins and Hobbs have filed an unopposed Request to Permit Telephonic Appearance of Defendants' Representative at the Settlement Conference. Good cause having been shown, the Request to Permit Telephonic Appearance of Defendants' settlement representative at the Mandatory Settlement

1

1   Conference scheduled for March 18, 2020 is **GRANTED**.

2        Defendants Wilkins and Hobbs' settlement representative is permitted to

3   appear telephonically at the March 18, 2020 Mandatory Settlement Conference. On

4   March 18, 2020 at 10:00 a.m., Defendants' representative with settlement authority

5   shall remain on telephone standby during the course of the conference.

6        If the absence of Defendants' representative presents any impediment to

7   settlement, the Court will reconvene the Settlement Conference and will require

8   Defendants' representative to appear in person.  This Order does not excuse the

9   appearance of any other named party or client representative.

10        **IT IS SO ORDERED.**

11

12   DATED: March 5, 2020           _Ruben Brooks_

13                  Hon. Ruben B. Brooks

14                  United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3:14-cv-02470-MMA-RBB