# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

SOLER v. COUNTY OF SAN DIEGO            Case No.: 14cv2470-MMA(RBB)
                                         Time Spent:

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE     Rptr.

### Attorneys

| Plaintiffs | Defendants |
|---|---|
|  |  |

PROCEEDINGS:   ☐ In Chambers     ☐ In Court     ☐ Telephonic

In light of concerns about community spread of COVID-19, the settlement conference set for March 18, 2020 is vacated and rescheduled for **May 19, 2020**, at **9:00 a.m.**

DATE: March 17, 2020        IT IS SO ORDERED:    *Ruben Brooks*
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge

cc: Judge Anello
    All Parties of Record