**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES SOLER,<br><br>                                Plaintiff,<br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>                               Defendants. | Case No. 14cv2470-MMA (RBB)<br><br>**ORDER GRANTING JOINT MOTION AND SETTING SPECIAL BRIEFING SCHEDULE RE: PLAINTIFF'S ANTICIPATED MOTION FOR ATTORNEYS' FEES**<br><br>[Doc. No. 224] |

Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion of Plaintiff James Soler and Defendants Lisa Wilkins and Ray Hobbs with respect to the briefing schedule for Plaintiff's anticipated motion for attorneys' fees from Defendants Wilkins and Hobbs. Accordingly, the Court **SETS** the following special briefing schedule: (1) Plaintiff must file his motion for attorneys' fees on or before **August 31, 2020**; (2) Defendants Wilkins and Hobbs must file a response to Plaintiff's motion on or before **September 28, 2020**; and (3) Plaintiff may file a reply in support of his motion on or before **October 5, 2020**. Upon completion of the briefing, the Court will take the matter under submission and issue a written ruling in due course. *See* Fed. R. Civ. P. 78(b); CivLR 7.1.d.1.

    **IT IS SO ORDERED**.

DATE: August 6, 2020

                                          HON. MICHAEL M. ANELLO
                                          United States District Judge