1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## SOUTHERN DISTRICT OF CALIFORNIA

8

9   JAMES SOLER,

10          Plaintiff,

11

12          v.

13   COUNTY OF SAN DIEGO, et al.,

14          Defendants.

15

16

Case No. 14cv2470-MMA-RBB

**ORDER VACATING PRETRIAL DEADLINES AND HEARINGS**

17          Having been advised that Plaintiff James Soler and Defendant Ernesto

18   Banuelos have reached a tentative settlement of Plaintiff's claims against Defendant

19   Banuelos, the Court hereby **VACATES** all pretrial filing deadlines and hearings in

20   this case, including the previously scheduled pretrial conference and trial dates, with

21   the understanding that once the settlement terms are satisfied, Plaintiff will move to

22   dismiss the case against Defendant Banuelos.[1]

23          **IT IS SO ORDERED**.

24   DATE: October 13, 2020

25                                        HON. MICHAEL M. ANELLO
                                          United States District Judge
26

27   [1] The briefing schedule with respect to Plaintiff's pending motion for attorney's fees [Doc. No. 241] remains unaltered.

28

1