# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SOLER,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>    Defendants. | No. 14cv-2470-MMA(RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE AS TO DEFENDANT ERNESTO BANUELOS**<br><br>[Doc. No. 276] |

Upon due consideration, good cause appearing, the Court **GRANTS** the parties' joint motion, *see* Doc. No. 276, and **DISMISSES** this action **with prejudice** as to Defendant Ernesto Banuelos. Each party will bear their own costs and fees. The Court **DIRECTS** the Clerk of Court to close the case.[1]

**IT IS SO ORDERED**.

DATE: February 5, 2021

                                              _____
                                              HON. MICHAEL M. ANELLO
                                              United States District Judge

---

[1] The Court notes that Defendant Banuelos is the sole remaining defendant in this action. Accordingly, the dismissal of this action as to Defendant Banuelos resolves Plaintiff's outstanding claims. It is customary under these circumstances for the Clerk of Court to administratively close the case. This ministerial act will not impact the status of Plaintiff's motion for attorneys' fees, *see* Doc. No. 241, and motion to retax costs, *see* Doc. No. 259, which have been submitted and await disposition by the Court.